

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00697-CV

Janette Suzanne **CLARK**,
Appellant

v.

Samuel David **CLARK**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000318
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that appellee Samuel David Clark recover his costs of this appeal, if any, from appellant Janette Suzanne Clark.

SIGNED December 23, 2015.

_____
Marialyn Barnard, Justice